Case# 2018-14059-81 Docketed at Montgomery County Prothonotary on 08/29/2018 2:47 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Donald E. Haviland, Jr., Esquire (PA I.D. #66615)
haviland@havilandhughes.com
William H. Platt II, Esquire (PA I.D. #83585)
platt@havilandhughes.com
Christina M. Philipp, Esquire (PA I.D. #92804)
philipp@havilandhughes.com
**Haviland Hughes**
201 South Maple Way, Suite 110
Ambler, PA 19002
(215) 609-4661 Telephone
(215) 392-4400 Facsimile

*Counsel for Plaintiff,*
   *International Union of Operating Engineers Local 542*

### IN THE COURT OF COMMON PLEAS
### FOR MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542,** <br><br>                    Plaintiff, <br><br> v. <br><br> **MALLINCKRODT ARD, INC.,** *et al.* <br><br>                    Defendants. | **Civil Action No.: 2018-14059** |

### PRAECIPE TO ATTACH VERIFICATION

TO THE PROTHONOTARY:

Kindly attach the enclosed Verification of John Heenan, Administrator to the International Union of Operating Engineers Local No. 542 to the original Amended Complaint which was electronically filed with the Court on August 27, 2018 at Dkt. No. 79.

Case# 2018-14059-81 Docketed at Montgomery County Prothonotary on 08/29/2018 2:47 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Dated:  August 29, 2018              By:   *s/ Donald E. Haviland, Jr.*
                                           Donald E. Haviland, Jr.
                                           *haviland@havilandhughes.com*
                                           William H. Platt II
                                           *platt@havilandhughes.com*
                                           Christina M. Philipp
                                           *philipp@havilandhughes.com*
                                           Haviland Hughes
                                           201 South Maple Avenue, Suite 110
                                           Ambler, PA 19002
                                           Phone: (215) 609-4661
                                           Fax:    (215) 392-4400

                                           *Counsel for Plaintiff,*
                                           *International Union of Operating*
                                           *Engineers Local 542*

Case# 2018-14059-81 Docketed at Montgomery County Prothonotary on 08/29/2018 2:47 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## VERIFICATION

I, John Heenan, hereby verify that I am the Administrator to the International Union of Operating Engineers Local No. 542, that I am authorized to make this Verification and that the facts set forth in the foregoing Amended Class Action Complaint are true and correct to the best of my knowledge, information and belief. I understand that this Verification is made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities.

Dated: 8/28/18

John Heenan, Administrator