Case# 2018-14059-84 Docketed at Montgomery County Prothonotary on 10/10/2018 9:40 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# IN THE COURT OF COMMON PLEAS
## FOR MONTGOMERY COUNTY, PENNSYLVANIA

**INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 542**

Plaintiff,

v.

**MALLINCKRODT ARD, INC.,** *et al.*

Defendants.

Civil Action No. 2018-14059



2018-14059-0092   1/9/2019 2:00 PM  # 12132927
Rcpt#Z3559678  Fee:$0.00  Order
Main (Public)
MontCo Prothonotary

## *[PROPOSED]* ORDER

AND NOW, this _____8_____ day of ___Jan___ 2019, _____, 2018, upon consideration of

Defendants Mallinckrodt ARD Inc. and Mallinckrodt plc (collectively "Mallinckrodt")'s

Preliminary Objections to Plaintiff's Amended Complaint and Plaintiff's response thereto, it is

hereby ORDERED and DECREED that Mallinckrodt's Preliminary Objections are

OVERRULED.

BY THE COURT:

_____ J.

