IN THE COURT OF COMMON PLEAS
FOR MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL UNION OF<br>OPERATING ENGINEERS LOCAL 542<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MALLINCKRODT ARD, INC., *et al.*<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2018-14059<br><br><br>2018-14059-0093   1/9/2019 2:02 PM   # 12132928<br>Rcpt#Z3559678  Fee:$0.00  Order<br>Main (Public)<br>MontCo Prothonotary |

### *[PROPOSED]* ORDER

AND NOW, this ___8___ day of ___Jan___, 2019, upon consideration of Defendants Express Scripts Holding Company's, Express Scripts, Inc.'s, CuraScript, Inc.'s, CuraScript SD's, Accredo Health Group, Inc.'s and United BioSource Corporation's (collectively "Express Scripts") Preliminary Objections to Plaintiff's Amended Complaint and Plaintiff's response thereto, it is hereby ORDERED and DECREED that the Express Scripts' Preliminary Objections are OVERRULED.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____ J.

Case# 2018-14059-85 Docketed at Montgomery County Prothonotary on 10/10/2018 9:43 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.