Case# 2018-14059-96 Docketed at Montgomery County Prothonotary on 01/23/2019 11:59 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS
FOR MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542<br><br>Plaintiff,<br><br>v.<br><br>MALLINCKRODT ARD, INC., *et al.*<br><br>Defendants. | Civil Action No. 2018-14059 |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by and through counsel of record for Plaintiff International Union of Operating Engineers Local 542 ("Plaintiff") and Defendants Mallinckrodt ARD Inc., Mallinckrodt plc, Express Scripts Holding Company, Express Scripts, Inc., CuraScript, Inc., CuraScript SD, Accredo Health Group, Inc., and United BioSource Corporation (collectively, "Defendants") that Defendants shall each have an extension until and including February 12, 2019 to answer Plaintiff's Amended Civil Action Complaint.

Respectfully submitted,

*[signature]*

Donald E. Haviland, Jr.
(PA Bar No. 66615)
*haviland@havilandhughes.com*
William H. Platt II
(PA Bar No. 83585)
*platt@havilandhughes.com*
**Haviland Hughes**
201 South Maple Way, Suite 110
Ambler, PA 19002
(215) 609-4661

*Counsel for Plaintiff, International Union of Operating Engineers Local 542*

THIS DOCUMENT WAS DOCKETED AND SENT ON 01/23/2019

Case# 2018-14059-96 Docketed at Montgomery County Prothonotary on 01/23/2019 11:59 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Daniel J. Sherry
(PA Bar No.: 21654)
*djsherry@mdwcg.com*
Wendy J. Bracaglia
(PA Bar No. 35599)
*WJbracaglia@mdwcg.com*
**Marshall Dennehey Warner Coleman & Goggin**
620 Freedom Business Center
Suite 300
King of Prussia, PA. 19406

G. Patrick Watson (*pro hac vice*)
Lindsay Sklar Johnson (*pro hac vice*)
**Bryan Cave Leighton Paisner LLP**
One Atlantic Center, 14th Floor
1201 W. Peachtree St., NW
Atlanta, GA 30309
(404) 572-6600
patrick.watson@bclplaw.com
lindsay.johnson@bclplaw.com

Herbert R. Giorgio, Jr. (*pro hac vice*)
**Bryan Cave Leighton Paisner LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
herb.giorgio@bclplaw.com

Philip D. Bartz (*pro hac vice*)
**Bryan Cave Leighton Paisner LLP**
1155 F Street, N.W.
Washington, DC 20004
(202) 508-6000
philip.bartz@bclplaw.com

*Counsel for Mallinckrodt ARD Inc. and Mallinckrodt plc*

2

Case# 2018-14059-96 Docketed at Montgomery County Prothonotary on 01/23/2019 11:59 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

*Joanne C. Lewers*
Joanne C. Lewers (PA Bar No. 81195)
Victoria L. Andrews (PA Bar No. 321143)
**Drinker Biddle & Reath LLP**
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
joanne.lewers@dbr.com
victoria.andrews@dbr.com

Matthew M. Martino
(admitted *pro hac vice*)
Michael H. Menitove
(admitted *pro hac vice*)
Evan R. Kreiner
(admitted *pro hac vice*)
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
matthew.martino@skadden.com
michael.menitove@skadden.com
evan.kreiner@skadden.com

*Counsel for Express Scripts Holding Company, Express Scripts, Inc., CuraScript, Inc., CuraScript SD, Accredo Health Group, Inc., and United BioSource Corporation*

Dated: 1/23/19

Approved by the Court:

*Steven C. Tolliver*
_____ J.

this Order has been
E-filed on 1/23/19
Mary E. Daus
Judicial Secretary

3