Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
              IN THE COURT OF COMMON PLEAS
       IN AND FOR THE COUNTY OF MONTGOMERY, PENNSYLVANIA
                      CIVIL DIVISION
                         -  -  -
INTERNATIONAL UNION OF              :
OPERATING ENGINEERS LOCAL 542       :
                                    :
              vs.                   :   NO.  2018-14059
                                    :
MALLINCKRODT ARD INC., FKA          :
QUESTCOR PHARMACEUTICALS,           :
INC., ACCREDO HEALTH GROUP,         :
INC., CURASCRIPT, INC.,             :
CURASCRIPT SD, EXPRESS SCRIPTS      :
HOLDING COMPANY, ET. AL.            :
                                    :
                         -  -  -

                     Motions Hearing

                         -  -  -


                 Thursday, June 13, 2019
                 Commencing at 2:35 p.m.

                         -  -  -

                 Chanel R. Pyatt, RPR
                 Official Court Reporter
              Montgomery County Courthouse
                      Courtroom 8
                 Norristown, PA 19401


                         -  -  -

BEFORE:  THE HONORABLE STEVEN C. TOLLIVER, SR., J.
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
COUNSEL APPEARED AS FOLLOWS:

        DAVID E. HAVILAND, ESQUIRE
        WILLIAM H. PLATT, II, ESQUIRE
          for the Plaintiff

        EVAN KREINER, ESQUIRE (Pro Hac Vice)
        MATTHEW MARTINO, ESQUIRE (Pro Hac Vice)
          for Accredo, Curascript, ESHC, ESI

        WENDY J. BRACAGLIA, ESQUIRE
          for Mallinckrodt

        JOSEPH P. WALSH, ESQUIRE
          for Express Scripts

        PHILIP BARTZ, ESQUIRE (Pro Hac Vice)
          for Mallinckrodt


                    - - -
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
 1              LOCAL 542 VS. MALLINCKRODT, ET AL        3

 2                   P R O C E E D I N G S

 3              THE COURT:  I guess I really shouldn't

 4   say good afternoon.  You all have been struggling with

 5   this for a while.  Mr. Platt.

 6              MR. PLATT:  Yes.

 7              THE COURT:  This is your motion to

 8   compel discovery.

 9              MR. PLATT:  Yes, it's Plaintiff's

10   motion, Your Honor.

11              THE COURT:  Yeah.

12              MR. PLATT:  Yelp.

13              THE COURT:  You were before the

14   discovery master and a recommendation came out of the

15   discovery master's discussions.  You just couldn't

16   figure out how you were going to conduct this

17   discovery.

18              Would you like the appointment of a

19   discovery master in this matter?

20              MR. HAVILAND:  Your Honor, Don Haviland,

21   for the Plaintiff.

22              And the answer is, yes, because I think

23   it will facilitate things.  I think defense counsels

24   suggested it.

25              We would like to think that we could
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1                    LOCAL 542 VS. MALLINCKRODT, ET AL          4

2  resolve things.

3                    We came out of the discovery master with

4  an order the court signed and then it was revisited.

5                    And it got welled up in what happens

6  more so in federal court than I think we see in the

7  Commonwealth, electronic discovery -- and by the way,

8  this morning we got 60,000 pages.  I can't tell you

9  what's sitting in the email, but it's not the basic

10 kind of discovery we're seeking here.

11                   So, the headline is this, at the

12 original hearing there were 57 requests unanswered.

13 Since that time they've answered 35 and produced, I

14 believe, documents, although, they're not demarcated.

15                   But there are 22 requests for production

16 of documents from January, unanswered, just objected

17 to.

18                   And to give you a flavor for what they

19 are, there was an FTC investigation into Acthar, the

20 underlying drug, that led to prosecution and settlement

21 by Mallinckrodt, the manufacturer for a $100 million.

22                   There were some change in practices.

23                   The vendor of the program is here in

24 Blue Bell, United Biosource.  We have sued them because

25 we believe that they are a part of the facilitation of

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1                LOCAL 542 VS. MALLINCKRODT, ET AL        5

2   that conduct.

3                And so we have asked for some basic

4   stuff like the FTC documents, if there are any.

5                But we got an objection, which tells us

6   well, there must something there.

7                We asked for investigation documents,

8   which you could imagine, if a corporation is faced with

9   something they're going to do an investigation, collect

10  information.  We didn't get that.  But we did get it

11  from the manufacturer.

12                So I did not want the Court to think

13  that this is just locked up.

14                We got over a million pages of material

15  that Mallinckrodt produced to the FTC, facilitated by

16  the federal judge, who asked that that be produced,

17  prior depositions be produced.

18                And we'll be in front of that judge on

19  June the 24th.

20                But with Express Scripts, we had nothing

21  when we were in front of Master Pugh.  So I thought

22  that order was appropriate.

23                Now, since that time and I think we're

24  probably up to 280,000 pages.

25                We took a deposition this morning in the

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1              LOCAL 542 VS. MALLINCKRODT, ET AL         6

2   courthouse, which I thought was helpful.

3              We were able to get a corporate designee

4   under oath to talk about United Biosource and what it

5   does and what it doesn't do.

6              And what I learned from that is a couple

7   of things, that the program, Judge, uses a basic form.

8   It's attached to our complaint as Exhibit A, it's the

9   Acthar Star Form that every single patient, including

10  the beneficiaries of Local 542, our client, that gotta

11  fill this out.  The doctors gotta fill this out and

12  sign it.  And it is a paper form.

13             We don't today have those documents.  We

14  have none of the interfaces with the doctors that

15  prescribed the medication.

16             We have none of the documents and the

17  witness very ably described that an entire case number

18  is created.

19             So I'm trying to break the logjam of the

20  basic discovery and not get caught up in what we as

21  lawyers unfortunately really get caught up in way too

22  much about electronic discovery and protocols and

23  custodians and search terms.

24             THE COURT:  It's not that complicated.

25             MR. HAVILAND:  I don't see it that way,

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1              LOCAL 542 VS. MALLINCKRODT, ET AL          7

2   Judge.

3                Now, I get that there are larger issues

4   in the antitrust cases.  I get that.

5                But also don't want to involve this

6   court in that.  Because that is a -- there is separate

7   orders there.

8                I was just in Delaware County before

9   Judge Dozer and we're dealing with the same issue about

10  federal and state.

11               And I always try to go back to our

12  rules.  Because I heard some lawyers from out of state

13  saying, oh, it's Pennsylvania, it's a Commonwealth.

14               And I read the preference, the

15  explanatory comment from 1978.  I just want to read it

16  and I'll sit down.

17               The Pennsylvania rules have never been

18  identical with the federal rules.  From the beginning

19  it was felt that the difference between the federal and

20  state practice did not permit such identity.

21               That is why we have ours rules.  And all

22  I'm looking to do is follow those rules, enforce those

23  rules and not get welled up into a federal practice

24  which really doesn't belong here.

25               And so I want the contracts between 542

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1                    LOCAL 542 VS. MALLINCKRODT, ET AL          8

2    and Express Scripts.  We gave them ours but we don't

3    have those documents back.

4                    I want the contract file.  We have a

5    breach of contract claim.

6                    Six months in to a year old case, we

7    don't have the basic stuff.

8                    So I'm hoping the Court can break that

9    logjam before we go to a magistrate, because I know the

10   master is going to want to have hearings and understand

11   the case better.

12                   But when I report to the Court as my

13   headline, and I'll leave with, 22 objections and no

14   answers on basic discovery, we really need the Court's

15   interception.

16                   Thank you.

17                   THE COURT:  That was Mr. Hughes.

18                   MR. HAVILAND:  Haviland.  Mr. Hughes is

19   in the back --

20                   THE COURT:  Haviland.

21                   MR. HAVILAND:  Yes.

22                   THE COURT:  Counsel, help me.  And help

23   me help my court reporter.  State your name for the

24   record.

25                   MR. KREINER:  Yes, sir, Your Honor.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1              LOCAL 542 VS. MALLINCKRODT, ET AL        9

2                     Evan Kreiner, of Skadden, Arps, Slate,

3    Meagher and Flom, on behalf of the Express Scripts

4    entities.

5                     Your Honor, Mr. Haviland said a lot of

6    things that I don't think are necessarily germane to

7    what's before the court which is what he considers to

8    be a logjam in discovery.

9                     As he just mentioned, Your Honor, we've

10   produced hundreds of thousands of pages of documents

11   now.  We've produced over 85,000 documents in

12   discovery.

13                    On May 1st we proposed custodians and

14   search terms to Plaintiff so that we could get them the

15   documents that they need.

16                    They didn't respond to that proposal

17   until June 10th.  But notwithstanding their response --

18   their lack of response about that custodian and search

19   term proposal, we went ahead and applied those search

20   terms to our custodians and started reviewing and

21   producing those documents.

22                    So I don't really think there is a

23   logjam in discovery.  And to the extent there is one,

24   to the extent that custodian and search term

25   negotiations haven't happened in this case since May

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
 1                    LOCAL 542 VS. MALLINCKRODT, ET AL        10

 2   1st, is because we only got a counterproposal from

 3   Plaintiff on June 10th.

 4                Now, we're going through that

 5   counterproposal and will in good faith engage in

 6   negotiations about those custodians and search terms.

 7                Moving forward we agree it's probably --

 8                THE COURT:  That makes your search

 9   manageable.

10                MR. KREINER:  I'm sorry.

11                THE COURT:  That makes your search

12   manageable.

13                MR. KREINER:  Yes, yes, Your Honor.

14                THE COURT:  Regardless of whether you're

15   in state or federal court, it makes your search

16   manageable.

17                MR. KREINER:  That's right, Your Honor.

18                THE COURT:  All right.

19                MR. KREINER:  But on the issue of the

20   aside protocol, early in May, Your Honor actually

21   ordered the parties to submit a protocol pursuant to

22   which the discovery electronically stored information

23   will be conducted in this case.

24                The Express Scripts entities along with

25   our co-defendant, Mallinckrodt, we went ahead and
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1                    LOCAL 542 VS. MALLINCKRODT, ET AL          11

2   submitted a proposed ESI protocol to Plaintiff.

3                    And Plaintiff just didn't engage.  And

4   you can see that based on the email correspondence that

5   I attached to my letter to the Court from May 10th and

6   May 13th -- I'm sorry, on May 10th.  We attempted in

7   good faith to get that ESI protocol entered.

8                    But like I said before, we are moving

9   forward in good faith trying to get them all the

10  discovery that they need notwithstanding the absence of

11  an ESI protocol in this case.

12                    So, as we stand right now, I'm not

13  really sure what there would be to do on the

14  Plaintiff's motion to compel.

15                    We objected originally to all the

16  documents requests on the basis of a lack of a

17  confidentiality order that had been entered in the

18  case.

19                    And on the hearing in our motion for

20  reconsideration Your Honor said that -- I think you

21  said that seems like a valid objection.  I don't want

22  to take words out of your mouth or misconstrue

23  anything.

24                    But then once a confidentiality order

25  had been entered, we started producing documents.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          12

2               So, Your Honor, all that to say, I'm not

3     really sure what there is to do on Plaintiff's motion

4     to compel.  The motion to compel didn't take issue with

5     any of the -- I think 22 -- our objections to the 22

6     document requests, which we said we don't think this is

7     requesting relevant information.

8               We would be happy to meet and confer

9     with Plaintiffs about those objections, but they

10    haven't really attempted to meet and confer about

11    those.

12               So I'm standing here a little bit

13    perplexed about what there is to do that we haven't

14    done already.  *We*, meaning the Express Scripts

15    entities.

16               I am happy to answer any questions that

17    Your Honor might have about the ESI protocol or really

18    anything else about the conduct of discovery in this

19    case and the discovery master.

20               Like I said, we would be happy to have

21    our discovery master appointed to handle these issues

22    as we go forward.

23               THE COURT:  Thank you.

24               MR. HAVILAND:  Your Honor, briefly, I

25    could go through many of the 57, but I want to point

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1            LOCAL 542 VS. MALLINCKRODT, ET AL        13

2    out -- and they're attached -- the requests are

3    attached to our motion to compel that Master Pugh

4    heard.

5                Number 18, give us the documents about

6    the medical providers who prescribed Acthar to the

7    Local 542 beneficiaries.

8                Number 19, the payments by Local 542 of

9    the beneficiaries for Acthar.

10                We learned today that that process

11    begins with a paper form, filled out by a doctor.  Now,

12    it's faxed.  And there is one case ID.  And all those

13    documents, the last exhibit I showed the witness and

14    she's in the courtroom today, Judge.

15                Someone asked, in the company in 2018,

16    can you pull the information for these 28 patients and

17    it was done.

18                I asked her on the record, how long it

19    would take to do that.  She said one hour.

20                We are six months into this case and I

21    don't have that information.

22                We are talking past each other because

23    they want to talk about custodians and search terms.

24                I want to talk about 542's case.

25                And it's really going past each other.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
 1                LOCAL 542 VS. MALLINCKRODT, ET AL        14
 2   It can be done.  It should be done.  It hasn't been
 3   done.
 4                And as far as me conferring, Judge, we
 5   don't get paid by the hour.  We get paid to do the job.
 6   We get on the phone and we say, you've got an objection
 7   on relevancy, we disagree.  If it says FTC
 8   investigations and your co-defendant produced, you
 9   should produce.
10                Relevancy is not an objection to
11   something like that, when we can demonstrate the
12   pathway.
13                I'll leave you with this.  As far as the
14   discussion about custodians, we asked the basic
15   question.  Organization charts.
16                I know Your Honor knows that you can
17   only get into the understanding of a corporation by
18   understanding the organization.  We just got one such
19   document which has the witness, Ms. --
20                THE COURT:  So you're getting there,
21   slowly but surely, you're getting there.
22                MR. HAVILAND:  And I'm happy to have the
23   electronic discovery for custodians go forward, but
24   that is not what I asked for, Judge.  I asked for very
25   basic contract documents, provider documents.
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          15

2               We have complicated this matter in a lot

3     of ways.  There are many, many people that we learned

4     about today that aren't on their list.  I suspect the

5     federal judge in two weeks will be getting there.

6               And I want to tell you this, Judge.  The

7     list that they provided, to see a flavor for what the

8     negotiations are like, has 14 people.

9               The federal judge ordered over 50

10    depositions that we could take.  Well, we're not taking

11    50 depositions at the producing for 14 people.

12              So that is going to be dealt with in the

13    nationwide antitrust class action that's going forth.

14              542 has a breach of contract claim, and

15    it has a UTPCP claim.  And that's the gist of our

16    action.

17              And there are a couple of beneficiaries

18    and there is an overcharge.  And we want to discover

19    that case, and not have it be welled up, subsumed and

20    confused by what's going on in another court.

21              I think a magistrate here, appointed by

22    the Court would be able to understand that.  And when I

23    talk about request number 19 as I just did say, when

24    and how are you going to get those documents in this

25    world of custodians and search terms, because these are

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL       16

2   corporate documents, Judge.  They are not housed in any

3   particular employee's file.  That is the problem in the

4   disconnect we have.

5          If the corporation has these patient

6   files, then the corporation should produce them.  It's

7   not going to picked up by searching Ms. Hebert's

8   emails.  It's really basic.  I really do come back to

9   it.  It's a simple, simple matter.  And we are stuck

10  because we can get on the phone but this is what we --

11  we hear the same thing.

12          You are not hearing anything different

13  than the Plaintiff's counsel, if you're on the phone.

14  Oh, we're doing custodians, and search terms and

15  whether or not we should wild card Acthar.  Should they

16  have a wild card aligned, should it be within three --

17  well, how about the contracts, how about the patient

18  files, how about the actual contracts my client signed

19  with your client, who we had the negotiations between.

20          THE COURT:  Stop right there.  Mr

21  Kreiner.

22          MR. KREINER:  Your Honor, we would be

23  happy to meet and confer about our responses to their

24  document requests.  They never attempted to meet and

25  confer about those document requests.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          17

2                    But in addition, what Mr. Haviland is

3     saying about our responses and objections is also

4     inaccurate.

5                    For example, we could look at our

6     response to document request number one where we say,

7     *within a reasonable period of time after a suitable*

8     *protective order is entered* -- it's a long response,

9     but*, we'll produce documents pursuant to a reasonable*

10    *search, that the Express Scripts entity and many such*

11    *requests made in the FTC code.*

12                   If you look at document request number

13    three, that is about our production.  That's about

14    documents that were produced to us in the FTC case.  We

15    said we would do that.

16                   So just kind of at the outset, those

17    representations are inaccurate.

18                   But in any event, we would be happy to

19    meet and confer about the substance of our responses

20    and objections to their document requests, but they

21    haven't tried to do that.

22                   So to get the ball rolling, we have been

23    applying search terms to our document custodians and

24    we've been reviewing and producing those documents.

25                   We're also happy to do these types of go

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1              LOCAL 542 VS. MALLINCKRODT, ET AL          18

2    get these -- if you were to ask us to go get these

3    patients' files, we'll go and do that.

4              So we're not welling anything up by

5    objecting on the basis of custodians and search terms.

6              We're -- the custodians we proposed and

7    the search terms we proposed, we are reviewing those

8    documents.

9              Your Honor, just one thing because

10   Mr. Haviland brought up the coordination with the

11   federal case -- and I don't mean to imply that the

12   Defendants and Express Scripts entities are attempting

13   to well anything up because of, you know, a lack of

14   coordination with the federal case, but in a status

15   hearing in front of the federal court, right before he

16   filed this case, a few months before he filed this

17   case, Mr. Haviland said -- it's a long quote and I

18   actually have the transcript, so I can read it verbatim

19   to you.

20             THE COURT:  Hold on for one second.

21   Let's get a factual basis.  Mr. Haviland, you asked for

22   some basic information.

23             MR. HAVILAND:  Sure did.  And they're in

24   the request, Judge.  So that is our ask.

25             THE COURT:  Can you give him that basic

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1                    LOCAL 542 VS. MALLINCKRODT, ET AL        19

2    information?

3                    MR. KREINER:  Yeah, of course we can.

4                    MR. HAVILAND:  Can we have a date?

5                    MR. KREINER:  Which basic information

6    are you talking about?

7                    MR. HAVILAND:  Request number 19, could

8    you produce the documents including the patient

9    information for the Plaintiffs' beneficiaries?

10                   MR. KREINER:  I'm happy to go back with

11   that request to the client.

12                   THE COURT:  I can't hear you.

13                   MR. KREINER:  I'm happy to go back to

14   the client for that request.  I don't want to make a

15   misrepresentation to the Court because what this

16   request is actually about isn't connected to what he

17   has been talking about with Ms. Hebert.  It's for a

18   different corporate entity.

19                   If they have that reasonably available,

20   we'll go get it and produce it right away.

21                   MR. HAVILAND:  Judge, yesterday because

22   defense counsels were complaining that the Plaintiff

23   hadn't produced documents, I actually sent them the

24   Express Scripts data run for my client.  Their

25   documents.  And I pointed out the names of the doctors,

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
 1                LOCAL 542 VS. MALLINCKRODT, ET AL        20
 2   Clouser, Kurdaniac.  I'm giving them their stuff back
 3   to facilitate this.
 4                So on number 18, I want all the medical
 5   provider information.  What I learned today is when
 6   that form gets filled out, there is an interplay.
 7   There is a prior authorization.  There's efforts that
 8   happen.
 9                So, you know, I'm struggling here that
10   we're hearing, we'll go do it.  This is the go ask from
11   January.
12                We're getting caught up in these larger
13   nuance arguments about volumes, when these are very
14   finite requests.
15                By the way, it doesn't say as to any
16   other plaintiff, as to any other beneficiary, it's the
17   Plaintiff here.
18                So I really want the Court,
19   respectfully, to enter an order, so we have a line,
20   because now we're into the summer, and we're going to
21   get to September, and then maybe we will have gotten
22   there on some of these basic requests or not, but
23   Master Pugh heard very little on this and said, you
24   know what, you haven't answered, there is no substance
25   to what you're doing, when you object on grounds of
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

LOCAL 542 VS. MALLINCKRODT, ET AL          21

1   relevancy, but you admit that there are FTC documents.

2            And by the way, Your Honor, the

3   objection was, when a protective order is entered.

4   Your Honor signed one that was stipulated two months

5   ago, two months ago.

6            By the way, they waited to respond to

7   our proposed stipulated order, then they finally agreed

8   it to, but it's been two months.  So when, when?

9            And if I don't get an order, Judge, we

10  will be talking and talking.  We saved the Court on

11  this argument all that Mr. Platt argued with Master

12  Pugh, the emails, the phone calls.

13            To suggest that we're not meeting and

14  conferring is preposterous.  We email and talk all the

15  time in the context of the federal case and the this

16  case.  The phones work both ways.

17            I can't convince them to get off the

18  relevancy objection if they don't want to do it.  And

19  they put up the order on the protective order.  Okay.

20  Two months have gone by.  That was one of your stones

21  cast.  What's next?  Either you have them or you don't.

22            And without an order, Judge, we have

23  nothing to hold their feet to the fire other than the

24  rules.  And the timing went out the water, frankly.  It

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

LOCAL 542 VS. MALLINCKRODT, ET AL          21

1   relevancy, but you admit that there are FTC documents.

2            And by the way, Your Honor, the

3   objection was, when a protective order is entered.

4   Your Honor signed one that was stipulated two months

5   ago, two months ago.

6            By the way, they waited to respond to

7   our proposed stipulated order, then they finally agreed

8   it to, but it's been two months.  So when, when?

9            And if I don't get an order, Judge, we

10  will be talking and talking.  We saved the Court on

11  this argument all that Mr. Platt argued with Master

12  Pugh, the emails, the phone calls.

13            To suggest that we're not meeting and

14  conferring is preposterous.  We email and talk all the

15  time in the context of the federal case and the this

16  case.  The phones work both ways.

17            I can't convince them to get off the

18  relevancy objection if they don't want to do it.  And

19  they put up the order on the protective order.  Okay.

20  Two months have gone by.  That was one of your stones

21  cast.  What's next?  Either you have them or you don't.

22            And without an order, Judge, we have

23  nothing to hold their feet to the fire other than the

24  rules.  And the timing went out the water, frankly.  It

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1              LOCAL 542 VS. MALLINCKRODT, ET AL          22

2   was 30 days.  The response came.  We had 22 objections

3   and no movement.

4              So my request is -- my ask is in the

5   request.  I think they're all relevant.  We could brief

6   that one by one if the Court were to ask for it.

7              But a blanket objection is -- I find it

8   really hard as an advocate to deal with a blanket.

9   Relevance, Judge.  It's irrelevant, Mr. Haviland.

10             Even though I just told you, Judge, the

11  FTC investigated this drug, this conduct, got the other

12  company that manufactured to agree to sublicense

13  Inactin and to pay $100 million, but it's irrelevant.

14  It's irrelevant to the claims here that are affecting

15  my client, apparently.

16             MR. MARTINO:  If I may interject.  Mat

17  Martino from Skadden.

18             THE COURT:  Speak up.

19             MR. MARTINO:  Matthew Martino, from

20  Skadden.

21             So he just talked about two different

22  requests.  The FTC request does not contain a relevance

23  objection.  So I'm not sure what he is talking about.

24             We said if we have FTC documents we will

25  search and produce those.  That search is in process.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          23

2                    The one he referred to, number 18, which

3     relates to medical provider information, we did object

4     to relevance.  We said that is not relevant to your

5     claims about misrepresentations that were made to other

6     entities, not to any providers.

7                    Typically what you will do in a case

8     like this, is you will talk to the Plaintiffs and you

9     will say, we don't think it's relevant as we stated in

10    our objection.

11                   Can you tell us why you think it's

12    relevant and then we can decide whether we think that

13    we're going to search for those documents and produce

14    them, and if we don't, then you can take that to the

15    court and say why you think it's relevant.

16                   We've never had that conversation.  He

17    says we talk all the time.  We do not talk all the

18    time.  And we never had a conversation about any of

19    these specific requests, about how they are relevant or

20    not.

21                   We have this all the time in every case

22    I've been on, we talk to the plaintiffs and they say

23    your objection on relevance is wrong and this is why we

24    think it's relevant.  This is why we think it is likely

25    to lead to discoverable evidence.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          24

2          We've never had that conversation with

3    respect to our objections where we said we will not

4    produce documents based on relevance.  That's never

5    happened.

6          MR. HAVILAND:  Your Honor, in the

7    federal court the very first thing I said to Judge

8    Johnson, two years ago, he said, Mr. Haviland, what do

9    you want?

10          I said I want three things.  I want the

11    FTC documents.

12          I want the Retrophin documents and I

13    want the contracts between these companies.

14    Mr. Martino will nod because I did that.

15          And every time I got in front of the

16    magistrate I said, judge, I'm broken a record, three

17    things.

18          To argue that it's not relevant today,

19    in this courtroom, the FTC documents, if they exist

20    should be produced.

21          I need a court order, Judge, because the

22    judge in federal court said, if you have them, produce

23    them.

24          The company, the manufacturer did,

25    Express Scripts didn't.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL        25

2                    Mr. Martino has argued, well, if they

3    exist.

4                    Well, tell me if they do.  If they

5    don't, why are we fighting about it.

6                    Can I just ask one other thing, Judge?

7    There was a suggestion for a specific master.  We've

8    got plenty of qualified people.

9                    I think Mr. Walsh -- and I've known Mr.

10   Walsh since high school.

11                   He suggested Connor, O'Boyle.  We did

12   some things.  He works at Elliott, Greenleaf.

13                   Appoint somebody so we can have someone

14   that will police this argument that I haven't raised

15   relevancy of FTC.  I have been a broken record on that

16   subject for two years.

17                   MR. MARTINO:  If I may, just one more

18   point.

19                   And we can go back to the transcript.

20   Again, I did not say there was any relevance objection.

21   In fact, I stated exactly the opposite.  We did not

22   object on relevance based on the FTC documents.

23                   We objected on relevance based on the

24   other one he referred to, number 18, the medical

25   providers.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1      LOCAL 542 VS. MALLINCKRODT, ET AL        26

2                  Any time we object on relevance it will

3      be crystal clear from the objections which he has never

4      engaged us on.

5                  We never objected to relevance on the

6      FTC documents.  I cannot make that clear enough.

7                  THE COURT:  Well, Mr. Haviland is not

8      here seeking a ruling on objections that were raised.

9      He is here on a motion to compel.

10                 MR. MARTINO:  Yes.

11                 THE COURT:  He is not challenging the

12     objections that were raised.

13                 MR. MARTINO:  But on that motion to

14     compel he mentioned earlier we have 22 document

15     requests for which we objected based on relevance.

16                 THE COURT:  Well, that is not before the

17     court right now.

18                 MR. MARTINO:  Correct, but I assume he

19     is moving to compel those documents.  So those

20     documents, typically before a motion to compel, you

21     have to meet and confer on those and have a discussion.

22     It's in the rule, about why we think they're not

23     relevant and he thinks --

24                 THE COURT:  The three category of

25     documents that -- you objected to the three category of

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          27

2   documents.

3               MR. HAVILAND:  The three categories that

4   I pointed to the federal court, the FTC investigation

5   of private litigation involving a company called

6   Retrophin and the contract documents, yes.

7               The federal judge, even before there was

8   a ruling on the motion to dismiss, which we prevailed

9   on, ordered that they be produced.  But as to the FTC,

10  and so we're staying focused here in our lane, that is

11  one of the first and second requests in our request.

12              And they have not produced them.  So I'm

13  here to compel those documents.  You heard the

14  relevancy.

15              MR. MARTINO:  As far as the FTC, that is

16  not a thing to our understanding exists.  Those

17  documents don't exist.  We're searching to see if those

18  exist.  But we don't believe that there are such

19  documents.  That's what we said.  We did not object on

20  relevance.  We said we will search for them.  We're in

21  the process of looking to see if there are any.

22              THE COURT:  Can you give an answer?

23              MR. MARTINO:  On the FTC we should be

24  able to do that very quickly.  I mean, we're looking

25  for them now.  We're in the process of doing it.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
1              LOCAL 542 VS. MALLINCKRODT, ET AL        28
2                   And part of this is identifying the
3    people who would have such documents.
4                   What date?
5                   MR. KREINER:  Two weeks.
6                   MR. MARTINO:  Two weeks.  We've produced
7    the contracts.
8                   THE COURT:  Don't put each other on the
9    spot.
10                   MR. MARTINO:  I know Evan is --
11   Mr. Kreiner, I'm sorry, is more closely aligned with
12   the client communications.  That is why I'm asking him.
13                   But the contracts that he mentioned,
14   we've already produced.
15                   Retrophin, we were not involved in that
16   litigation, so we do not have those documents.
17                   And the FTC documents, if Mr. Kreiner
18   tells me two weeks, we can do it in two weeks.
19                   And again, we did not object to
20   relevance on those documents.
21                   THE COURT:  Two weeks.
22                   MR. MARTINO:  For request number one,
23   correct.
24                   THE COURT:  By June 28th.
25                   MR. MARTINO:  Sure.
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
1                LOCAL 542 VS. MALLINCKRODT, ET AL       29

2                    THE COURT:  Mr. Haviland.

3                    MR. HAVILAND:  That's one, Judge.  We

4      have 57.

5                    I just heard, despite the fact there was

6      a non response that they don't have Retrophin

7      documents, which is request number two.

8                    MR. MARTINO:  I'm not sure what you mean

9      by a non response.

10                   We say in here we will do a search and

11     produce any documents that are discovered.  No

12     documents were discovered.

13                   MR. HAVILAND:  Well, then, the amend the

14     answer, say there is no documents and we shouldn't be

15     arguing about something that you can simply say.

16                   MR. MARTINO:  Okay.  I understand what

17     you're saying.

18                   So for each request where we don't find

19     anything we can send you a no response.

20                   THE COURT:  Hold on for one second.

21     Let's take a brief recess so that counsel can meet and

22     confer.

23                          -  -  -

24                        (Recess)

25                          -  -  -
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
1              LOCAL 542 VS. MALLINCKRODT, ET AL        30
2                   THE COURT:  Today I signed the
3    stipulation that add parties to the confidentiality
4    order.  All right.
5                   And we have the stipulation of proposed
6    confidentiality order.  I signed that April 17th.
7                   MR. KREINER:  That is -- Your Honor,
8    yes, yes.
9                   THE COURT:  All right.  So you've got
10   that in place and you're ready to produce documents.
11                  MR. HAVILAND:  So, Your Honor, I'll
12   report on our meet and confer.
13                  As to that category of the FTC
14   documents -- I'll kind of truncate -- we got up to
15   number 14.  And here's what we got to.  Your Honor had
16   suggested June 28th.  I thought that was a good date.
17   Counsel suggested their client has a conflict.  They
18   would like til July 5th.  We're agreeable to that.
19                  Here's what I understand the agreement
20   is so far.  That as to the documents that cover
21   generally the first six or so requests, the FTC
22   investigation documents and then a host of other
23   litigations, Judge, I'll just reel them off.
24                  It's the FTC case, there is the
25   Retrophin case, the In re:  Questcor case, the Shenk
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1               LOCAL 542 VS. MALLINCKRODT, ET AL         31

2  case, the Franks case and the Dhaliwal.  They are all

3  cases involving Mallinckrodt and Acthar in some way,

4  shape or form.

5               We've asked for these requests for the

6  Express Scripts Companies to produce documents, to the

7  extent that they were involved in any way.

8               And the agreement, I believe, is by July

9  the 5th they are going to tell us if they have

10 documents.

11              Is that fair?

12              MR. MARTINO:  Yes, or where we stand,

13 yes, and no, if we don't.

14              MR. HAVILAND:  And so we'll know if

15 they're there.  So we're not arguing in a vacuum to

16 Your Honor that there may be documents.

17              We just finished up with a situation

18 with Marshall, Dennehey where we found out there

19 actually is a file.  We are now fighting in the court

20 over the file.

21              So let's get to the point where we know

22 there is a file to be produced, if it's going to be

23 produced.

24              That encompasses request one through

25 eight.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1  LOCAL 542 VS. MALLINCKRODT, ET AL    32

2  THE COURT:  Well, you've got the FTC

3  case, the Dhaliwal case, the Retrophin case, the Franks

4  case.

5  MR. HAVILAND:  Yes.  And then the

6  Questcor Securities case.  And then the Mallinckrodt

7  Securities case.

8  THE COURT:  All right.

9  MR. HAVILAND:  And so that whole group,

10  Judge, covers document requests; documents produced;

11  documents received and transcripts in all of those

12  cases, which I had suggested to the federal judge puts

13  us ahead in our case because we're building upon

14  discovery records in other cases.

15  And the commitment is that they will

16  respond, that is the Express Scripts Defendants, if

17  there are those documents and if so, whether they're

18  going to produce them all by July 5th.

19  THE COURT:  That was request one through

20  eight.

21  MR. HAVILAND:  Yes.

22  After that, Judge, we hit the series of

23  objections.  I think there were 22 in all.

24  We began talking about investigation

25  files and so on.  We talked about relevancy and burden.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL      33

2                   And I finally suggested that since we're

3     keen to a date, perhaps defense counsel will talk to

4     the client to see if they are going to stand on those

5     objections because it's just objections with no

6     agreement to produce.

7                   And so our agreement, I believe, is that

8     for the 22 and all that have been objected to with no

9     commitment to produce, they're going to respond by the

10    5th whether or not they're going to stand on those

11    objections.

12                  And I would like to see an objection

13    that it's irrelevant and their basis for why it's not.

14                  THE COURT:  Not reasonably calculated to

15    lead to discoverable evidence, technically not

16    relevance, but that's all right.

17                  MR. HAVILAND:  Exactly.  But more than

18    just burden.  In fact, if there are documents and there

19    is some burden, we need to know that to be able to

20    address that.  Whether it's a proportionality argument

21    or what is it.

22                  But when we don't know if there's been

23    an investigation, whether there's been reprimands of

24    employees for violating policies, we're, again, in that

25    vacuum, Judge.  We're not arguing about documents.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1                 LOCAL 542 VS. MALLINCKRODT, ET AL          34

2  We're arguing about requests.

3                      So the commitment, I believe, is for

4  counsel to confer with their client and get back to us

5  by July 5th on the 22 objectionable requests.

6                      That is as far as we got, Judge.

7                      The other balance of the 35, the basic

8  boilerplate was, when Your Honor enters an order on the

9  confidentiality, which you've done, there is a

10  commitment to produce documents at a reasonable time.

11                      Without going through, again, Judge, I

12  began with number 18, but if I go back to some earlier

13  requests, 15 asked for the actual document -- the

14  form -- I have a copy here Judge that was attached to

15  our complaint.

16                      It was filled out for our clients'

17  beneficiaries.

18                      So 15, 16, 17, I think I got to 18, all

19  go to very specific information about our client and

20  our clients' case.  And we didn't get any further than

21  that.

22                      Although, I learned this morning that

23  there is a facility to do that fairly straightforward.

24  I'd like either a commitment or some direction from the

25  Court to get that, because we need to start discovery

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          35

2   in the 542 case outside of what's going on in federal

3   court.

4                    And we have a whole day, Judge.

5   June 24th we are in front of the magistrate and next

6   month we are in front of the district judge who's

7   replaced the retiring judge.  So we have two sessions

8   in federal count in the next eight weeks.

9                    And I imagine a lot of the issues you

10  are hearing about today will be addressed there.

11                   I've been focused on the things we've

12  asked for our client to prove our breach of contract

13  and consumer fraud claims here.

14                   So unless the Defendants are committing

15  that as to those specific requests which go to finite

16  contract documents, these forms, the medical files -- I

17  mean, I kind of want to step over here and say if I was

18  just bringing a garden variety, medical negligence

19  case, and I've got a hospital and a doctor, by the way,

20  I've never done that, Judge, but it would be pretty

21  straightforward to say, geez, I'd like to have the

22  medical records and I'd like to have the payment

23  records.

24                   I can't imagine we would be fighting

25  over that as far as bringing that claim.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
 1              LOCAL 542 VS. MALLINCKRODT, ET AL        36

 2              So our claim is no different in the

 3   sense that we're arguing there's consumer fraud by the

 4   economic payment for Acthar.

 5              And the way that came about was, as the

 6   witness testified today, this form.  And then this form

 7   generated documents from the provider, from the payor.

 8              And I really just want to get those

 9   documents, which could be done in an hour but hopefully

10   could be done sooner.

11              THE COURT:  That is then going into your

12   request number 19.

13              MR. HAVILAND:  Yes.

14              16, 17, 18, 19 are -- 16, Your Honor, is

15   the forms.  17 is the data base.

16              We learned today there is actually a

17   data base maintained of these forms.  It's all keyed to

18   a case file by the patients.

19              And then 18 is the medical provider

20   information which, again, is linked to that patient.

21              And then 19 is payment information which

22   I think in probably in part tied to that because there

23   is benefits coverage that's confirmed.

24              THE COURT:  And 20 is the billing

25   information.
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL        37

2                    MR. HAVILAND:  And then the billing

3    information, yelp.

4                    And we're moving through that decision

5    tree, Judge, from the actual prescription through the

6    bill to the payment.

7                    Twenty-one is payor information.  And

8    they do data base payor information about, I believe,

9    my client.

10                    We have heard about Aetna this morning.

11    We have heard about Med Mutual of Ohio.  So there is

12    data base information about payors.

13                    And we've asked about that because one

14    of the issues is again, our beneficiaries getting this

15    medication and paying for it.

16                    So we're moving from the patient up to

17    the Plaintiff, Operating Engineers 542, who utilizes

18    Express Scripts as its PVM.

19                    I think counsel represented that while

20    we're moving from United Biosource to Express Scripts,

21    Judge, it's all Express Scripts we learned.

22                    So when I'm asking these questions -- by

23    the way the request went to the Express Scripts

24    companies, including Curascript, and Accredo and United

25    Biosource.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL        38

2                    So the payment information, I imagine is

3    in the PVM sphere but accessible.

4                    But that gets up, Your Honor, to number

5    21.

6                    THE COURT:  Mr. Kreiner.

7                    MR. KREINER:  Yeah, Your Honor, we don't

8    need to have a fight about those things.

9                    To the extent he wants us to expedite

10   the discovery of those requests as opposed to the

11   600,000 documents that belong to the custodians, we can

12   expedite those requests.  This doesn't need to happen

13   here.  Happy to talk about it.  Happy to do it in a

14   couple of weeks, if we can.

15                   THE COURT:  One through eight, 15

16   through 21.

17                   MR. HAVILAND:  We got that far, yes,

18   Your Honor.

19                   If we do all that by the 5th of July in

20   terms of the production, if there is a lag time on

21   that, but we set a hard date, because I don't think

22   they're that complicated, those patient beneficiary

23   payor requests.  They're finite to our client and our

24   clients' case.

25                   I would like to get a hard date on that

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          39

2   production.

3                    MR. MARTINO:  I think one issue may just

4   be part of what we objected to.

5                    If you read the request, it says all

6   documents that include payor information related to

7   Plaintiff.

8                    If there is a data base that's one

9   thing.

10                   But all documents that could contain --

11  I mean, there could be emails.

12                   And that is where we are talking about

13  who are we searching, which custodians, which search

14  engines.  That could be a very broad set of documents.

15                   THE COURT:  See, they really want to

16  conscientiously respond and they know if they say all

17  documents you can be thinking about email.

18                   MR. HAVILAND:  Sure.  But, Your Honor, I

19  learned this morning that there is one reimbursement

20  specialist that is assigned.  And so there are three.

21  I learned this, this morning.  That is why a deposition

22  is a wonderful thing.  There are potentially three

23  people who are assigned to my clients' cases.  And so

24  those people are the interplays.  And it's just those

25  people.  But Judge, they're not on their list.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
 1              LOCAL 542 VS. MALLINCKRODT, ET AL        40
 2              They could have known that fact because
 3    it's their company and how they operate.  I learned
 4    that this morning.  Those folks have to be added to the
 5    list in order to answer that request.
 6              I don't disagree that I want those
 7    communications, but I want the portal which is the
 8    company documents that are all assembled under one case
 9    number.
10              And whether or not there's emails
11    outside of that, I would be surprised, based on what we
12    heard this morning, but, I guess it's possible.
13              And they should search that specialist
14    for those documents and they should be in the cue.
15              I'd like to see those names.  I don't
16    know who the names are because, Judge, I got this as
17    the word chart.  There is a universe of hundreds of
18    people in the organization.
19              So I can't tell them who those RSs are.
20    I don't know.  I suspect as I learned from the witness
21    is folks come, folks go.  They're hired, they do the
22    job and they move on.
23              So during the window of time from, I
24    think we go from 2011 through 2016, who were the
25    specialists dealing with my client, if it was one
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL          41

2  person, two people.  I can't tell them that.

3          This is honestly the job of the

4  Defendant, which the Plaintiff is doing in our own

5  office, Judge.

6          Operating Engineers is right off of the

7  Turnpike, everybody's probably past by it, right by the

8  LA Fitness.  And we are in there looking at the

9  requests they propounded for the documents, contract

10  files, the individual information about our client.  We

11  are doing that.  That's all I'm asking of them to do.

12  I can't give them the names.

13          MR. MARTINO:  We have not received any

14  custodial -- I mean any work charts for his client.  We

15  have a company that exists of thousands and thousands

16  of employees in many different divisions.  He has a

17  union.  We have no information about who the

18  custodian -- the work chart, custodians or anything

19  that would be for there.

20          But proportionality here is obviously --

21  it's very disproportionate discovery on us as compared

22  to his client.  We've so far produced 80 something

23  thousand documents to date and I think he's produced 50

24  documents, perhaps.  So that disparity is obviously

25  very large.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

LOCAL 542 VS. MALLINCKRODT, ET AL          42

1
2    So as much as he can say we're doing

3    this, it's a very different burden for him to do this,

4    than it is for us to do this.  And we are obviously

5    working diligently.

6            THE COURT:  Well, I'm happy that -- if I

7    can help you with that.  I'm thinking of someone to

8    appoint as a discovery master as your issues come up.

9    I'm thinking of a discovery master who is pretty -- who

10   is very conscientious and very good.  His name is

11   Andrew Braunfeld.  Are you familiar with him?

12           MR. WALSH:  I am, Your Honor.  And I've

13   used him several times in complex cases, Your Honor.

14           THE COURT:  He's very good.  In the

15   meantime I can appoint Mr. Braunfeld.  I can speak with

16   him to see if his schedule will allow that.

17           And then -- but we've got -- so far

18   we've got one through eight and 15 through 21.  You're

19   going to work on responding, is that right?

20           MR. HAVILAND:  That is right.

21           MR. MARTINO:  Yes, Your Honor.

22           THE COURT:  Between now and July 5th.

23           MR. MARTINO:  Yes, Your Honor.  And I

24   just wanted to reiterate what I said earlier.  So for

25   21, for example, I do not think it is likely we will

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1                LOCAL 542 VS. MALLINCKRODT, ET AL     43

2   have produced documents by the 5th because he is asking

3   for all documents, so that will require -- but we

4   certainly can find the names of the people that he

5   asked about, whose files we would need to search and

6   begin to run a search and whatnot, but that takes a

7   little time, as you can imagine.

8               THE COURT:  Skadden, Arps, how long have

9   you been on the file?

10             MR. MARTINO:  On the case itself or the

11   discovery?

12             THE COURT:  The case.

13             MR. MARTINO:  Since the beginning of the

14   case.

15             MR. KREINER:  This was filed in May of

16   2018.

17             MR. HAVILAND:  We're a year, Judge.

18             THE COURT:  I have a full appreciation

19   that Skadden and Arps has been knee deep in this case.

20   I understand that fully.  We have got a July 5th date

21   on the order.  Let's get going.  Before you know it

22   your time will run out.  It's a complex case, 2018.

23   You need to get cracking on your discovery.

24             Mr. Haviland, your point is well taken.

25   You are working hard, but you got to meet and confer

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
 1              LOCAL 542 VS. MALLINCKRODT, ET AL          44
 2   and work together.  I know you are not going to work
 3   together to a certain extent.  You're going to have
 4   pull it out of them.
 5              MR. HAVILAND:  That's the nature of the
 6   business, Judge.
 7              THE COURT:  Right.
 8              MR. KREINER:  Your Honor, Joe Walsh.
 9   Just so I'm clear, so with respect to those category or
10   documents which the defense has agreed to produce by
11   July 5th, so we dispose of that part of the universe,
12   the remainder will be submitted to Mr. Braunfeld to try
13   to expedite some sort of resolution.  Is that what you
14   were looking at.
15              MR. HAVILAND:  So can I add just one --
16   so we got so close to finishing my client.  The last
17   two, Judge, 22 and 23 are relating to the distribution
18   of the product to my client beneficiaries.
19              22 is the shipment of the drug from
20   Curascript, the entity in Florida.  So we'd like to --
21   what I'm trying to do is --
22              THE COURT:  Are you really in a rush for
23   that?
24              MR. HAVILAND:  Well, I think it's all
25   part of the same thing, Judge.  My sense is the hub --
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the
Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1              LOCAL 542 VS. MALLINCKRODT, ET AL        45

2    it's here in Blue Bell really does coordinate all that.

3              I don't think we're asking a unique set

4    of questions.  We're asking from point to form to point

5    of distribution and receipt.  We've heard that there is

6    a data base that actually confirms that.

7              So I don't think it's anymore

8    burdensome.  I'm asking from start to finish.  The

9    patient gets the prescription; the patient gets it.  We

10   pay for it.

11              I think if we go to Mr. Braunfeld, we

12   then start with the larger issues that we have in the

13   case, which I think begin at 24.  Communications from

14   patients about the program, complaints.

15              And they've objected and they are bigger

16   issues beyond my client, and we're trying to

17   demonstrate what's going on in the universe in

18   Pennsylvania, especially here, with the same sales reps

19   and so on.

20              So it is really up to 23 that ends

21   the -- if they think that the distribution part is

22   particularly different, I'm sure they can tell me that

23   between now and July 5th.

24              But if we go to 23, I think we have

25   rounded out the universe of my client's experience with

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1             LOCAL 542 VS. MALLINCKRODT, ET AL        46

2    these companies from point of prescription to point of

3    the receipt and payment.

4             THE COURT:  Mr. Walsh, thank you.  Thank

5    you for that.  So now if we can delineate exactly what

6    you will need Mr. Braunfeld for.

7             MR. KREINER:  Your Honor, would you do a

8    general referral to a discovery master.  That's the way

9    it works.

10             MR. MARTINO:  Yeah, I think that is

11    helpful.

12             THE COURT:  Now, the parties will be

13    sharing the cost of this discovery master.

14             MR. WALSH:  That's correct, Your Honor,

15    we acknowledge that.

16             MR. MARTINO:  That's correct.

17             MR. HAVILAND:  So, Your Honor, we face

18    this a lot.  It has to be per party.  There are four

19    companies here, one of which is no longer a part of

20    Express Scripts.  So as long as we are head counting

21    properly.  It shouldn't be 50/50, Plaintiff versus

22    Defendants.

23             Because I have been in cases especially

24    in New Jersey where the magistrate process becomes

25    really cumbersome with drug companies, because there is

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1             LOCAL 542 VS. MALLINCKRODT, ET AL        47

2    15 of them and one of us.

3             I can show you the order we got in that

4    case.  BY the way, that case is still going on 15 years

5    now.  The cost continues to mount.

6             But it is a pro rata based on the

7    parties.  So I would ask that you put that in so it's

8    proportional cost.  So it's not half the bill every

9    time the Defendants have an issue the Plaintiff has to

10   take up.

11            MR. WALSH:  Well, if we collectively

12   represent more than one party, it should be our group

13   of litigants will be counted as one, because there are

14   different entities that are named in the complaint.

15            THE COURT:  Pro rata share is the

16   fairest.

17            MR. MARTINO:  I understand that, Your

18   Honor.

19            MR. HAVILAND:  Well, that's what I'm

20   suggesting.  Your Honor, Biosource assumed part of

21   Express Scripts.  It's a private equity firm that took

22   the company and that is a separate entity.  They have

23   separate exposure, separate general counsel.

24            So it really is a party -- Curascript

25   and its other entity, IC is one, but Accredo is a

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1          LOCAL 542 VS. MALLINCKRODT, ET AL        48

2   company in Memphis.  There are four companies we sued.

3   The complaint is very clear.

4                THE COURT:  You all can continue to do

5   it for free without the appointment of a discovery

6   master if you would just meet and confer.

7                MR. WALSH:  Unfortunately, that has not

8   been productive.  What has been is the fact that I

9   think everybody agrees that the assistance of a

10  discovery master will be of benefit in the case, your

11  Honor, not only to us but also to the Court, Your

12  Honor.

13               MR. HAVILAND:  And with the caveat,

14  Judge, that we have a client as well and have to

15  explain that it is cost effective to this litigation to

16  engage the services of a master and if it's 50/50 my

17  client won't agree.  I can't agree to that.

18               MR. WALSH:  We will agree to pro rata,

19  Your Honor.  That's fine, in an effort to move this

20  along.

21               THE COURT:  Okay.

22               MR. HAVILAND:  My partner is pointing

23  out, a couple times we learned that every time we talk

24  with Express Scripts, we don't involve the other

25  company.  And with that order Your Honor signed this

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

1              LOCAL 542 VS. MALLINCKRODT, ET AL        49

2    morning, I got an email saying, oh, by the way, we're

3    going to join into that protective order and I said I

4    felt we had a protective order.  So I don't want to

5    loose Mallinckrodt in this discussion in terms of if we

6    are going to have a discovery master it is for all

7    parties.

8              I can't make that representation that

9    Mallinckrodt is on board with the pro rata.

10              MR. BARTZ:  My name is Philip Bartz,

11    yes, we are fine, Your Honor, with having the discovery

12    master.  We don't have any disputes at this moment but

13    Lord knows we probably will.  So there you go.

14              THE COURT:  Ms. Bracaglia, is that fine?

15              MS. BRACAGLIA:  Yes.

16              THE COURT:  Very good.  Thank you.  All

17    right.

18              One through -- now we're skipping nine

19    through 14.  We've only covered one through eight and

20    15 through 23.  We'll refer any further discovery

21    issues to the discovery master, Andrew Braunfeld.  All

22    right.

23              MR. MARTINO:  Thank you, Your Honor.

24              MR. PLATT:  Thank you, Your Honor.

25              MR. WALSH:  Thank you, Your Honor.

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

```
1                 LOCAL 542 VS. MALLINCKRODT, ET AL          50

2                     MR. HAVILAND:   Thank you, Your Honor.

3                     MR. KREINER:   Thank you, Your Honor.

4                             - - -

5                     (Whereupon, the proceedings concluded

6       at 3:55 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case# 2018-14059-130 Docketed at Montgomery County Prothonotary on 06/26/2019 9:21 AM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

LOCAL 542 VS. MALLINCKRODT, ET AL          51

C E R T I F I C A T I O N

          I hereby certify that the proceedings and evidence are contained fully and accurately in the notes taken by me in the above cause and that this is a correct transcript of the same.


                    CHANEL PYATT
                    Official Court Reporter


                         ---