Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542 <br><br> vs. <br><br> MALLINCKRODT ARD INC FKA QUESTCOR PHARMACEUTICALS INC | NO. 2018-14059 |

## COVER SHEET OF MOVING PARTY

Date of Filing  October 03  2019

Moving Party  INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542

Counsel for Moving Party  DONALD E HAVILAND JR, Esq., ID: 66615; WILLIAM H PLATT II, Esq., ID: 83585

Document Filed (Specify)  MOTION TO STRIKE DEFENDANT MALLINCKRODTS' OBJECTIONS TO SUBPOENAS

Matter is: X (Appealable)                    _ (Interlocutory)

Discovery Needed: _ (Yes)                    (No)

If applicable, Civil Case Management Order Discovery Deadline: _____

-------------------------------------------------------------------------------------------

**CERTIFICATIONS** - Check **ONLY** if appropriate:
X Counsel certify that they have conferred in a good faith effort to resolve the subject
     discovery dispute. **(Required by Local Rule 208.2(e) on motions relating to discovery.)**

_ Counsel for moving party certifies that the subject **civil motion** is **uncontested** by all
     parties involved in the case.  (If checked, skip Rule to Show Cause section below.)

By: DONALD E. HAVILAND
JR.
                                   Counsel for Moving Party

-------------------------------------------------------------------------------------------

**RULE TO SHOW CAUSE** - Check ONE of the Choices Listed Below:

_____ Respondent is directed to show cause why the moving party is not entitled to the relief
          requested by filing an **answer** in the form of a **written response** at the **Office of the  Prothonotary** on or
          before the                    day of                         20___.

_____ Respondent is directed to show cause, in the form of a **written response**, why the
          attached Family Court Discovery Motion is not entitled to the relief requested.  Rule    Returnable and
          Argument the             day of                    , 20___
          at **1:00 p.m.**  at **321 Swede Street, Norristown, PA**.

_____ Respondent is directed to file a **written response** in conformity with the Pennsylvania
          Rules of Civil Procedure.

_____ Rule Returnable at time of trial.

Revised 06.19

By: _____

Court Administrator

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Revised 06.19

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## IN THE COURT OF COMMON PLEAS
## FOR MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542**<br><br>            Plaintiff,<br><br>    v.<br><br>**MALLINCKRODT ARD, INC.,** *et al.*<br><br>            Defendants. | Civil Action No. 2018-14059 |

### [*PROPOSED*] ORDER

AND, NOW, this _____ day of _____, 2019, upon consideration of the Plaintiff's

Motion to Strike the Objections of Mallinckrodt ARD Inc. and Mallinckrodt plc's (collectively,

*"Mallinckrodt"*) to the Notices of Subpoenas issued by Plaintiff International Union of

Operating Engineers Local 542 (*"Plaintiff"*), it is hereby ORDERED and DECREED that

Mallinckrodt's objections are STRICKEN.


                           BY THE COURT,


                        _____

                        STEVEN C. TOLLIVER, SR.,    J.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Donald E. Haviland, Jr., Esquire (PA I.D. #66615)
*haviland@havilandhughes.com*
William H. Platt II, Esquire (PA I.D. #83585)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Way, Suite 110
Ambler, PA 19002
(215) 609-4661 Telephone
(215) 392-4400 Facsimile

*Counsel for Plaintiff,*
*International Union of Operating Engineers Local 542*

**IN THE COURT OF COMMON PLEAS**
**FOR MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| **INTERNATIONAL UNION OF**<br>**OPERATING ENGINEERS LOCAL 542**<br><br>                    Plaintiff,<br><br>          v.<br><br>**MALLINCKRODT ARD, INC.,** *et al.*<br><br>                    Defendants. | Civil Action No. 2018-14059 |

**PLAINTIFF INTERNATIONAL UNION OF OPERATING**
**ENGINEERS LOCAL 542'S MOTION TO STRIKE DEFENDANT**
**MALLINCKRODT ARD, INC.'S OBJECTIONS TO SUBPOENAS**

Plaintiff, International Union of Operating Engineers Local 542 (***"Plaintiff"***), by and

through its undersigned counsel, hereby moves the Court to enter an Order striking Defendants

Mallinckrodt ARD, Inc.'s and Mallinckrodt plc's (collectively ***"Mallinckrodt"***) Objections to the

three Subpoenas Plaintiff intended to serve on the following three individuals whom possess

relevant knowledge about this matter.  In support of this Motion, Plaintiff avers as follows:

1.       This Court is familiar with the facts of this case and the Plaintiff's claims for

violations of Pennsylvania's UTPCPL, negligent misrepresentation and conspiracy.  In its

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Complaint, Plaintiff alleges that, in order to market and sell Acthar, Mallinckrodt needed support from physicians, like those named in the Subpoenas. Am. Cmplt. ¶¶ 48-56, 70-77. The three physicians are all treating physicians of Plaintiff's beneficiaries.

2. On July 11, 2019, Plaintiff served Notices of its intention to serve Subpoenas on the following individuals: (a) Dr. Irene Greenhouse, M.D.; (b) Dr. Gary W. Clauser, M.D. and (c) Dr. Steven Urbaniak, D.O.) this Court denied the ESI Defendants' Preliminary Objections to Plaintiff's Amended Complaint in their entirety. *A copy of each Subpoena is attached hereto as Exhibit "A".*

3. The proposed Subpoenas sought from each prescribing doctor 17 specific and relevant document requests of each individual.

4. Some of the requests are not specific to just Mallinckrodt but to other defendants,[1] *i.e.*, all of the other defendants who did not object to the Notice. As a result, despite the Mallinckrodt's objections, the Subpoenas are properly issued as to Requests 2, 3, 4, 5, 6 (the ASAP Program is administered by other defendants as well), 9 (dealing with Continuing Medical Education course the physicians attended) and 17 (seeking studies conducted by the physicians concerning Acthar).[2]

5. On July 25, 2019, Mallinckrodt objected to all three Subpoenas contending that the Subpoenas "are beyond the scope of permissible discovery", among others. Mallinckrodt

---

[1] The other Defendants in this case are Express Scripts Holding Company, Express Scripts, Inc., CuraScript, Inc., CuraScript Sd, Accredo Health Group, Inc., and United BioSource Corporation.

[2] For example, Request "2" seeks "documents referring or relating to meetings and communications between You and ***United BioSource***", not Mallinckrodt. Request "3" seeks "documents referring or relating to or reflecting Your prescriptions of Acthar to patients with MS"; and Request "8" seeks "documents related to meeting and communications between You and any other doctor(s) regarding Athar." Copies of the Subpoenas are attached hereto as Exhibit "A".

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the
Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

failed to particularize any objection to any request. Instead Mallinckrodt simply seeks to prevent discovery of the treating physicians in this case. The documents sought from the Plaintiff's beneficiaries' treating physicians are relevant and well-within the scope of permissible discovery.

6.     Mallinckrodt prematurely and improperly objects to the Subpoenas on the physicians' behalf, claiming that the Subpoenas (a) "improperly harass and annoy" the intended recipients; (c) cause the recipients "unreasonable burden and harm Mallinckrodt's relationship with the prescribing physicians"; (d) "improperly cause embarrassment" to the physicians. *Objections to Subpoenas ¶¶ 2 and 3.* Mallinckrodt has no standing to speak for these third-parties.

7.     "Relevant materials in the hands of non-parties to a suit are generally discoverable." *Cosgrove v. Easton Coach Co.,* No. CV-2015-4557, 2016 Pa. Dist. & Cnty. Dec. LEXIS 62, at *4 (C.P. Ct. Apr. 26, 2016)(quoting *Rohm & Haas Co.* v. Lin, 992 A.2d 132, 145 (Pa. Super. 2010).

8.     Presumably without any idea whether or not the physicians have any responsive documents at all, Mallinckrodt interposed sweeping objections, none of which are supported by case law.

9.     Plaintiff has in good faith attempted to discuss this dispute with counsel for Mallinckrodt after they were served. Plaintiff's counsel called for a conference with objecting counsel in an effort to resolve, or narrow, the dispute. After initially agreeing to reconsider its objections, Mallinckrodt wrote a letter late yesterday, reasserting the same sweeping objections. ***A copy of the October 2, 2019 letter from R. Watts, Esquire to Wm. Platt II, Esquire is attached hereto as Exhibit "B".***

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

10. Aside from the baseless claims of burden <u>by Mallinckrodt</u>, who has no burden whatsoever with respect to the third-party subpoena, the requests are relevant to Plaintiff's claims concerning, *inter alia*: (a) "The Defendants…unfair and deceptive conduct by intentionally and artificially inflating the costs of Mallinckrodt's Acthar, which Plaintiff paid for under a contract with Express Scripts, () by concealing from IUOE Local 542 the true costs for Acthar through undisclosed, direct contractual arrangements between Mallinckrodt and Express Scripts, charging inflated prices for Acthar, and collecting the money from Plaintiff for such prices, [and] 'conceal[ing] their direct relationships and deceiv[ing] Plaintiff as to Express Scripts' role in the distribution, pricing and sale of Acthar to IUOE Local 542 beneficiaries,'" Plaintiff made direct payments of these inflated prices to Express Scripts, for the benefit of Mallinckrodt, thereby unjustly enriching both Defendants. (Am. Cmplt ¶ 6); (b) Plaintiff's expenditure of "$153,775.95 for just 5 administrations of Acthar given to 3 separate adult patients" (Am. Cmplt. ¶ 11); (c) the ASAP program ("[o]nce the patient (***or their physician***) contacts Mallinckrodt for a prescription of Acthar, they are directed to UBC." (emphasis added)(Am. Cmplt. ¶ 53); (d) the Acthar Start Form ("[t]he process, which is laid out in Mallinckrodt's Acthar Start Form, requires patient, ***physician*** and payor authorization before Mallinckrodt agrees to ship Acthar to patients via ESI/CuraScript.")(Am. Cmplt. ¶ 54); (e) Mallinckrodt's directive to ***physicians***, like the physicians here, that "all new Acthar [] prescriptions should be submitted to the [ASAP program]." (Am. Cmplt. ¶ 70) and (f) Mallinckrodt Executive Vice-President Steve Cartt's admission that, "'[w]e did some market research,' . . . [t]alking to physicians and others about pricing 'gave us some comfort that the [new] strategy would work, and physicians would continue to use the drug, and payers would pay' . . . 'The reality was better than we expected.' ". (Am. Cmplt. ¶ 77).

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

11.    Furthermore, all of the Requests pertain to each Count of the Amended Complaint—to which defendants unsuccessfully filed preliminary objections seeking full dismissal Plaintiff's case.

WHEREFORE, Plaintiff respectfully requests that this Court enter the attached Order Mallinckrodt's objections to the Subpoenas.

Respectfully submitted,

Dated:  October 3, 2019

By:    *s/ Donald E. Haviland, Jr.*
Donald E. Haviland, Jr.
*haviland@havilandhughes.com*
William H. Platt II
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Avenue, Suite 110
Ambler, PA 19002
Phone: (215) 609-4661
Fax:     (215) 392-4400

*Counsel for Plaintiff,*
*International Union of Operating*
*Engineers Local 542*

5

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## <u>CERTIFICATE OF SERVICE</u>

I, Donald E. Haviland, Jr., hereby certify that a true and correct copy of the foregoing Motion to Strike Objections to Subpoenas was electronically filed and served on all parties of record via the Court's Electronic Filing System.

Dated:  October 3, 2019                                       *s/ Donald E. Haviland, Jr.*

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# EXHIBIT A

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Donald E. Haviland, Jr., Esquire (PA I.D. #66615)
*haviland@havilandhughes.com*
William H. Platt II, Esquire (PA I.D. #83585)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Way, Suite 110
Ambler, PA 19002
(215) 609-4661 Telephone
(215) 392-4400 Facsimile

*Counsel for Plaintiff,*
*International Union of Operating Engineers*
*Local 542*

**IN THE COURT OF COMMON PLEAS**
**FOR MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542**<br><br>Plaintiff,<br><br>v.<br><br>**MALLINCKRODT ARD, INC.,** *et al.*<br><br>Defendants. | Civil Action No. 2018-14059 |

**NOTICE OF INTENT TO SERVE A SUBPOENA TO PRODUCE**
**DOCUMENTS AND THINGS FOR DISCOVERY**
**PURSUANT TO RULE 4009.21**

Plaintiff intends to serve a subpoena identical to the one that is attached to this notice.

You have twenty (20) days from the date listed below in which to file of record and serve upon

the undersigned an objection to the subpoena.  If no objection is made, the subpoena may be

served.

Respectfully submitted,

Dated:  July 11, 2019

By:  *s/ Donald E. Haviland, Jr.*
Donald E. Haviland, Jr.
*haviland@havilandhughes.com*
William H. Platt II
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Avenue, Suite 110

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Ambler, PA 19002
Phone: (215) 609-4661
Fax:    (215) 392-4400

*Counsel for Plaintiff,*
*International Union of Operating*
*Engineers Local 542*

Case# 2018-14059-168 Docketed on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Donald E. Haviland, Jr., Esquire (PA I.D. #66615)
*haviland@havilandhughes.com*
William H. Platt II, Esquire (PA I.D. #83585)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Way, Suite 110
Ambler, PA 19002                              *Counsel for Plaintiff,*
(215) 609-4661 Telephone                      *International Union of Operating Engineers*
(215) 392-4400 Facsimile                      *Local 542*

---

**INTERNATIONAL UNION OF**
**OPERATING ENGINEERS LOCAL 542**

                             Plaintiff,

                v.                            Civil Action No. 2018-14059

**MALLINCKRODT ARD, INC.,** *et al.*

                             Defendants.

---

## CERTIFICATE OF SERVICE

I, Donald E. Haviland, Jr. hereby certify that on this 11th day of July, 2019, a true and correct copy of the attached Notice of Intent to Serve Subpoena was served upon the following parties via electronic mail and first-class mail as follows:

G. Patrick Watson, Esquire             Herbert R. Giorgio, Jr., Esquire
Lindsay Sklar Johnson, Esquire         Bryan Cave Leighton Paisner, LLP
Bryan Cave Leighton Paisner, LLP       One Metropolitan Square
One Atlantic Center, 14th Floor        211 North Broadway, Suite 3600
1201 W. Peachtree Street, NW           St. Louis, MO 63102
Atlanta, GA 30309                      herb.giorgio@bclplaw.com
Patrick.watson@bclplaw.com
Lindsayjohnson@bcplaw.com

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Philip D. Bartz, Esquire
Bryan Cave Leighton Paisner, LLP
1155 F. Street, N.W.
Washington, D.C.  20004
Philip.bartz@bclplaw.com

Daniel J. Sherry, Esquire
Wendy J. Bracaglia, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
djsherry@mdwcg.com
wjbracaglia@mdwcg.com

Joseph P. Walsh, Esquire
Walsh Pancio
2028 North Broad Street
Lansdale, PA 19446
joe@walshpancio.com

Matthew M. Martino, Esquire
Evan Kreiner, Esquire
Michael Menitove, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Matthew.Martino@skadden.com
Evan.Kreiner@skadden.com
Michael.Menitove@skadden.com

*s/ Donald E. Haviland, Jr.*
Donald E. Haviland, Jr., Esq.

4

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY

International Union of Operating     :
Engineers Local 542,

           Plaintiff,        :

         v.               : File No. 2018-14059

                          :

Mallinckrodt ARD, Inc., et al.    :

         Defendants.      :

### SUBPOENA TO PRODUCE DOCUMENTS OR THINGS
### FOR DISCOVERY PURSUANT TO RULE 4009.21

TO: Gary W. Clauser, M.D. 1250 S. Cedar Crest Blvd., Suite 405
      **(Name of Person or Entity)** Allentown, PA 18103

      Within twenty (20) days after service of this subpoena, you are ordered by the court to produce the following documents or things:

                     See Attachment "A".

at Haviland Hughes, 201 S. Maple Way, Suite 100, Ambler, PA 19002
                          **(address)**

      You may deliver or mail legible copies of the documents or produce things requested by the subpoena, together with the certificate of compliance, to the party making this request at the address listed above. You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.

      If you fail to produce the documents or things required by this subpoena within (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

### THIS SUBPOENA WAS ISSUED AT THE REQUEST OF THE FOLLOWING PERSON:

**NAME:** Donald E. Haviland, Jr., Esq.

**ADDRESS:** 201 S. Maple Way, Suite 100

              Ambler, PA 19002

**TELEPHONE:** 215-609-4661

**SUPREME COURT ID#:** 66615

**ATTORNEY FOR:** Plaintiff, IUOE Local 542

                               BY THE COURT:

                               Mark Levy, Prothonotary

**DATE:** _____

          **Seal of the Court**             BY: _____

                                **Agent/Deputy**

Case #2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## RETURN OF SERVICE:

On the _____ day of _____, 20___.

I, _____,

served _____

(NAME OF PLACE SERVED)

with the foregoing subpoena by:
(Describe method of service)

_____

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

DATE: _____

_____
(SIGNATURE)

## Notice of Language Rights



**FREE INTERPRETER**
PO Box 311 Norristown, PA 19404
languageaccesscoordinator@montcopa.org
610-278-3231
www.pacourts.us/language-rights

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete a favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Mandarin/Cantonese Simplified Chinese/普通话/廣東話簡體中文：** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**العربية/Arabic:** حقك في الحصول على مترجم فوري مجانًا. لطلب مترجم فوري، يرجى إبلاغ موظفي المحكمة باستخدام المعلومات المتوفرة في الجزء العلوي من هذا الإشعار.

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 제공된 정보를 이용하여 법원 직원에게 알려주시기 바랍니다.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# ATTACHMENT "A"

Please produce the following documents:

1.  All documents referring or relating to any meetings and communications between You and Mallinckrodt.

2.  All documents referring or relating to meetings and communications between You and United BioSource.

3.  All documents referring, relating to or reflecting Your prescriptions of Acthar to patients with MS.

4.  All documents referring, relating to or reflecting Acthar treatment for unapproved uses and doses, such as 5-day dosing for multiple sclerosis.

5.  All documents referring, relating to or reflecting Acthar off label treatments.

6.  All documents shared between You and any Person concerning the Acthar Support & Access Program ("ASAP").

7.  All Acthar Start Forms relating to Your prescriptions of Acthar.

8.  All documents related to meetings and communications between You and any other doctor(s) regarding Acthar.

9.  All documents referring, relating to or received during continuing medical education (CME) seminars or meetings during which Acthar treatment was discussed.

10. All documentation concerning payments for consulting or speaking engagements by Mallinckrodt.

11. All contracts or agreements between You and Mallinckrodt.

12. All documents referring or relating to reimbursements or payments for trips, travel, meals and entertainment from Mallinckrodt to You.

13. Any and all documents referring, relating to or reflecting of any payments, gifts or things of value to You from Mallinckrodt.

14. All Your tax returns reflecting on money paid by Mallinckrodt to You.

15. All documents relating to meetings and communications with Mallinckrodt sales representatives, including Stacyann Clancy and Art Veno.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

16.   All documents provided to You, discussed, or generated during the meeting with Dr. Gunawardane on January 8, 2013, including notes.

17.   All studies conducted by You concerning Acthar or ACTH, including all supporting materials therefor.

**HAVILAND HUGHES**

BY:   *s/Donald E. Haviland, Jr.*
      Donald E. Haviland, Jr.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Donald E. Haviland, Jr., Esquire (PA I.D. #66615)
*haviland@havilandhughes.com*
William H. Platt II, Esquire (PA I.D. #83585)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Way, Suite 110
Ambler, PA 19002                    *Counsel for Plaintiff,*
(215) 609-4661 Telephone            *International Union of Operating Engineers*
(215) 392-4400 Facsimile            *Local 542*

## IN THE COURT OF COMMON PLEAS
## FOR MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542**<br><br>Plaintiff,<br><br>v.<br><br>**MALLINCKRODT ARD, INC.,** *et al.*<br><br>Defendants. | Civil Action No. 2018-14059 |

## NOTICE OF INTENT TO SERVE A SUBPOENA TO PRODUCE
## DOCUMENTS AND THINGS FOR DISCOVERY
## <u>PURSUANT TO RULE 4009.21</u>

Plaintiff intends to serve a subpoena identical to the one that is attached to this notice.

You have twenty (20) days from the date listed below in which to file of record and serve upon

the undersigned an objection to the subpoena. If no objection is made, the subpoena may be

served.

Respectfully submitted,

Dated:  July 11, 2019              By:  *s/ Donald E. Haviland, Jr.*
                                       Donald E. Haviland, Jr.
                                       *haviland@havilandhughes.com*
                                       William H. Platt II
                                       *platt@havilandhughes.com*
                                       **HAVILAND HUGHES**
                                       201 South Maple Avenue, Suite 110

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Ambler, PA 19002
Phone: (215) 609-4661
Fax:    (215) 392-4400

*Counsel for Plaintiff,*
*International Union of Operating*
*Engineers Local 542*

Case# 2018-14059-168 Docketed on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Donald E. Haviland, Jr., Esquire (PA I.D. #66615)
*haviland@havilandhughes.com*
William H. Platt II, Esquire (PA I.D. #83585)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Way, Suite 110
Ambler, PA 19002
(215) 609-4661 Telephone
(215) 392-4400 Facsimile

*Counsel for Plaintiff,*
*International Union of Operating Engineers*
*Local 542*

| | |
|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542**<br><br>                         Plaintiff,<br><br>              v.<br><br>**MALLINCKRODT ARD, INC.,** *et al.*<br><br>                         Defendants. | Civil Action No. 2018-14059 |

## <u>CERTIFICATE OF SERVICE</u>

I, Donald E. Haviland, Jr. hereby certify that on this 11th day of July, 2019, a true and correct copy of the attached Notice of Intent to Serve Subpoena was served upon the following parties via electronic mail and first-class mail as follows:

G. Patrick Watson, Esquire
Lindsay Sklar Johnson, Esquire
Bryan Cave Leighton Paisner, LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309
Patrick.watson@bclplaw.com
Lindsayjohnson@bcplaw.com

Herbert R. Giorgio, Jr., Esquire
Bryan Cave Leighton Paisner, LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
herb.giorgio@bclplaw.com

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Philip D. Bartz, Esquire
Bryan Cave Leighton Paisner, LLP
1155 F. Street, N.W.
Washington, D.C.  20004
Philip.bartz@bclplaw.com

Daniel J. Sherry, Esquire
Wendy J. Bracaglia, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
djsherry@mdwcg.com
wjbracaglia@mdwcg.com

Joseph P. Walsh, Esquire
Walsh Pancio
2028 North Broad Street
Lansdale, PA 19446
joe@walshpancio.com

Matthew M. Martino, Esquire
Evan Kreiner, Esquire
Michael Menitove, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Matthew.Martino@skadden.com
Evan.Kreiner@skadden.com
Michael.Menitove@skadden.com

*s/ Donald E. Haviland, Jr.*
Donald E. Haviland, Jr., Esq.

4

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY**

International Union of                          :
Operating Engineers Local 542

                     :

           v.                          : File No.   ~~2018-14059~~

Mallinckrodt ARD, Inc. et al.               :

                     :

## SUBPOENA TO PRODUCE DOCUMENTS OR THINGS
### FOR DISCOVERY PURSUANT TO RULE 4009.21

**TO:**   Irene Greenhouse, M.D. 2370 York Rd., Suite C3,
               **(Name of Person or Entity)** Jamison, PA 18929

     **Within twenty (20) days after service of this subpoena, you are ordered by the court to produce the following documents or things:**

~~See Attachment "A"~~

**at** Haviland Hughes, 201 S. Maple Way, Suite 100 Ambler, PA 19002
                                    **(address)**

     You may deliver or mail legible copies of the documents or produce things requested by the subpoena, together with the certificate of compliance, to the party making this request at the address listed above. You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.

     If you fail to produce the documents or things required by this subpoena within (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

**THIS SUBPOENA WAS ISSUED AT THE REQUEST OF THE FOLLOWING PERSON:**

**NAME:**   Donald E. Haviland, Jr., Esq.

**ADDRESS:** 201 S. Maple Way, Suite 110

           Ambler, PA 19002

**TELEPHONE:** 215-609-4661

**SUPREME COURT ID#:**   66615

**ATTORNEY FOR:** Plaintiff, IUOE Local 542

                                 **BY THE COURT:**
                                 Mark Levy, Prothonotary

**DATE:** _____   BY: _____
             **Seal of the Court**                           **Agent/Deputy**

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## RETURN OF SERVICE:

On the _____ day of _____, 20____.

I, _____

served _____

**(NAME OR PLACE SERVED)**

with the foregoing subpoena by:
**(Describe method of service)**

_____

_____

_____

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

DATE: _____

_____

**(SIGNATURE)**

## Notice of Language Rights



**FREE INTERPRETER**
PO Box 311 Norristown, PA 19404
languageaccesscoordinator@montcopa.org
610-278-3231
www.pacourts.us/language-rights

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informáselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서상의 상단에 제공된 정보를 이용하여 법원 직원에게 알려주십시오. العربية/Arabic

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**ATTACHMENT "A"**

Please produce the following documents:

1.   All documents referring or relating to any meetings and communications between You and Mallinckrodt.

2.   All documents referring or relating to meetings and communications between You and United BioSource.

3.   All documents referring, relating to or reflecting Your prescriptions of Acthar to patients with MS.

4.   All documents referring, relating to or reflecting Acthar treatment for unapproved uses and doses, such as 5-day dosing for multiple sclerosis.

5.   All documents referring, relating to or reflecting Acthar off label treatments.

6.   All documents shared between You and any Person concerning the Acthar Support & Access Program ("ASAP").

7.   All Acthar Start Forms relating to Your prescriptions of Acthar.

8.   All documents related to meetings and communications between You and any other doctor(s) regarding Acthar.

9.   All documents referring, relating to or received during continuing medical education (CME) seminars or meetings during which Acthar treatment was discussed.

10.  All documentation concerning payments for consulting or speaking engagements by Mallinckrodt.

11.  All contracts or agreements between You and Mallinckrodt.

12.  All documents referring or relating to reimbursements or payments for trips, travel, meals and entertainment from Mallinckrodt to You.

13.  Any and all documents referring, relating to or reflecting of any payments, gifts or things of value to You from Mallinckrodt.

14.  All Your tax returns reflecting on money paid by Mallinckrodt to You.

15.  All documents relating to meetings and communications with Mallinckrodt sales representatives, including Stacyann Clancy and Art Veno.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

16.     All documents provided to You, discussed, or generated during any meeting with Dr. Gunawardane, including notes.

17.     All studies conducted by You concerning Acthar or ACTH, including all supporting materials therefor.

                                        **HAVILAND HUGHES**

                           BY:     *s/Donald E. Haviland, Jr.*
                                        Donald E. Haviland, Jr.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Donald E. Haviland, Jr., Esquire (PA I.D. #66615)
*haviland@havilandhughes.com*
William H. Platt II, Esquire (PA I.D. #83585)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Way, Suite 110
Ambler, PA 19002                                    *Counsel for Plaintiff,*
(215) 609-4661 Telephone                        *International Union of Operating Engineers*
(215) 392-4400 Facsimile                         *Local 542*

**IN THE COURT OF COMMON PLEAS**
**FOR MONTGOMERY COUNTY, PENNSYLVANIA**

| | |
|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542**<br><br>Plaintiff,<br><br>v.<br><br>**MALLINCKRODT ARD, INC.,** *et al.*<br><br>Defendants. | Civil Action No. 2018-14059 |

**NOTICE OF INTENT TO SERVE A SUBPOENA TO PRODUCE**
**DOCUMENTS AND THINGS FOR DISCOVERY**
**<u>PURSUANT TO RULE 4009.21</u>**

Plaintiff intends to serve a subpoena identical to the one that is attached to this notice.

You have twenty (20) days from the date listed below in which to file of record and serve upon

the undersigned an objection to the subpoena.  If no objection is made, the subpoena may be

served.

Respectfully submitted,

Dated:  July 11, 2019                        By:   *s/ Donald E. Haviland, Jr.*
                                                          Donald E. Haviland, Jr.
                                                          *haviland@havilandhughes.com*
                                                          William H. Platt II
                                                          *platt@havilandhughes.com*
                                                          **HAVILAND HUGHES**
                                                          201 South Maple Avenue, Suite 110

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Ambler, PA 19002
Phone: (215) 609-4661
Fax:    (215) 392-4400

*Counsel for Plaintiff,*
*International Union of Operating*
*Engineers Local 542*

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Donald E. Haviland, Jr., Esquire (PA I.D. #66615)
*haviland@havilandhughes.com*
William H. Platt II, Esquire (PA I.D. #83585)
*platt@havilandhughes.com*
**HAVILAND HUGHES**
201 South Maple Way, Suite 110
Ambler, PA 19002                                   *Counsel for Plaintiff,*
(215) 609-4661 Telephone                           *International Union of Operating Engineers*
(215) 392-4400 Facsimile                           *Local 542*

| |
|---|
| **INTERNATIONAL UNION OF**<br>**OPERATING ENGINEERS LOCAL 542**<br><br>                              Plaintiff,<br><br>                    v.<br><br>**MALLINCKRODT ARD, INC.,** *et al.*<br><br>                              Defendants. |

Civil Action No. 2018-14059

## CERTIFICATE OF SERVICE

I, Donald E. Haviland, Jr. hereby certify that on this 11th day of July, 2019, a true and correct copy of the attached Notice of Intent to Serve Subpoena was served upon the following parties via electronic mail and first-class mail as follows:

G. Patrick Watson, Esquire                    Herbert R. Giorgio, Jr., Esquire
Lindsay Sklar Johnson, Esquire                Bryan Cave Leighton Paisner, LLP
Bryan Cave Leighton Paisner, LLP              One Metropolitan Square
One Atlantic Center, 14th Floor               211 North Broadway, Suite 3600
1201 W. Peachtree Street, NW                  St. Louis, MO 63102
Atlanta, GA 30309                             herb.giorgio@bclplaw.com
Patrick.watson@bclplaw.com
Lindsayjohnson@bcplaw.com

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Philip D. Bartz, Esquire
Bryan Cave Leighton Paisner, LLP
1155 F. Street, N.W.
Washington, D.C.  20004
Philip.bartz@bclplaw.com

Daniel J. Sherry, Esquire
Wendy J. Bracaglia, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
djsherry@mdwcg.com
wjbracaglia@mdwcg.com

Joseph P. Walsh, Esquire
Walsh Pancio
2028 North Broad Street
Lansdale, PA 19446
joe@walshpancio.com

Matthew M. Martino, Esquire
Evan Kreiner, Esquire
Michael Menitove, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036-6522
Matthew.Martino@skadden.com
Evan.Kreiner@skadden.com
Michael.Menitove@skadden.com

_s/ Donald E. Haviland, Jr._
Donald E. Haviland, Jr., Esq.

4

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY

International Union of Operating      :
Enginners Local 542,
                    Plaintiff         :

           v.                         : File No.  2018-14059

Mallinckrodt ARD, INC., et al,        :
                    Defendants.        :

## SUBPOENA TO PRODUCE DOCUMENTS OR THINGS
## FOR DISCOVERY PURSUANT TO RULE 4009.21

TO: Steven Urbaniak, D.O. 940 Town Center Dr., Suite F50,
        (Name of Person or Entity)   Langhorne, PA 19047

**Within twenty (20) days** after service of this subpoena, you are ordered by the court to produce the following documents or things:

                    See Attachment "A".

at  Haviland Hughes, 201 S. Maple Way, Suite 100, Ambler PA 19002
                        (address)

You may deliver or mail legible copies of the documents or produce things requested by the subpoena, together with the certificate of compliance, to the party making this request at the address listed above. You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.

If you fail to produce the documents or things required by this subpoena within (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

**THIS SUBPOENA WAS ISSUED AT THE REQUEST OF THE FOLLOWING PERSON:**

**NAME:** Donald E. Haviland, Jr., Esq.

**ADDRESS:** 201 S. Maple Way, Suite 100

            Ambler, PA 19002

**TELEPHONE:** 215-609-4661

**SUPREME COURT ID#:**  66615

**ATTORNEY FOR:** Plaintiff, IUOE Local 542

                              BY THE COURT:
                              Mark Levy, Prothonotary

DATE:_____     BY:_____
        Seal of the Court                Agent/Deputy

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## RETURN OF SERVICE:

On the _____ day of _____, 20_____

I, _____
(NAME OF PLACE SERVED)

served _____

with the foregoing subpoena by:
(Describe method of service)

_____

_____

I verify that the statements in this return of service are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

DATE: _____

_____
(SIGNATURE)

## Notice of Language Rights



**FREE INTERPRETER**
PO Box 311 Norristown, PA 19404
languageaccesscoordinator@montcopa.org
610-278-3231
www.pacourts.us/language-rights

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete a favor de infórmaselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Mandarin/Cantonese Simplified Chinese/普通話/粵語簡體中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方连结的联系信息通知法院工作人员。

اللغة العربية/Arabic: لديك الحق في الحصول على مترجم فوري مجانًا. لطلب مترجم فوري، أبلغ موظفي المحكمة باستخدام المعلومات الموجودة في أعلى هذا الإشعار.

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에

**ATTACHMENT "A"**

Please produce the following documents:

1.   All documents referring or relating to any meetings and communications between You and Mallinckrodt.

2.   All documents referring or relating to meetings and communications between You and United BioSource.

3.   All documents referring, relating to or reflecting Your prescriptions of Acthar to patients with MS.

4.   All documents referring, relating to or reflecting Acthar treatment for unapproved uses and doses, such as 5-day dosing for multiple sclerosis.

5.   All documents referring, relating to or reflecting Acthar off label treatments.

6.   All documents shared between You and any Person concerning the Acthar Support & Access Program ("ASAP").

7.   All Acthar Start Forms relating to Your prescriptions of Acthar.

8.   All documents related to meetings and communications between You and any other doctor(s) regarding Acthar.

9.   All documents referring, relating to or received during continuing medical education (CME) seminars or meetings during which Acthar treatment was discussed.

10.  All documentation concerning payments for consulting or speaking engagements by Mallinckrodt.

11.  All contracts or agreements between You and Mallinckrodt.

12.  All documents referring or relating to reimbursements or payments for trips, travel, meals and entertainment from Mallinckrodt to You.

13.  Any and all documents referring, relating to or reflecting of any payments, gifts or things of value to You from Mallinckrodt.

14.  All Your tax returns reflecting on money paid by Mallinckrodt to You.

15.  All documents relating to meetings and communications with Mallinckrodt sales representatives, including Stacyann Clancy and Art Veno.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

16.   All documents provided to You, discussed, or generated during the meeting with Dr. Gunawardane on January 8, 2013, including notes.

17.   All studies conducted by You concerning Acthar or ACTH, including all supporting materials therefor.

**HAVILAND HUGHES**

BY:   *s/Donald E. Haviland, Jr.*
       Donald E. Haviland, Jr.

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# EXHIBIT B

Case 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# Arnold&Porter

**Ryan Z. Watts**
Ryan.Watts@arnoldporter.com

October 2, 2019

<u>**VIA E-MAIL**</u>

William H. Platt II, Esq.
Haviland Hughes
201 South Maple Ave., Suite 110
Ambler, PA 19002

Re:   International Union of Operating Engineers Local 542 v. Mallinckrodt ARD Inc., et al, No 2018-14059 (Montgomery County Court of Common Pleas)

Dear Mr. Platt,

I write regarding our telephone conference on Monday, September 30, 2019 concerning IUOE Local 542's proposed subpoenas directed to (i) Dr. Irene Greenhouse, M.D.; (ii) Dr. Gary W. Clauser, M.D.; and (iii) Dr. Steven Urbaniak, D.O. (collectively, the "Subpoenas") and Mallinckrodt's objections thereto.  Mallinckrodt maintains the objections set forth its Objections to Subpoenas Pursuant to Rule 4009.21 filed on July 25, 2019.

As I explained on the call, the topics in the Subpoenas are not reasonably calculated to lead to the discovery of admissible information.  The Subpoenas seek, for example, "all documents referring or relating to any meetings between [the physicians] and Mallinckrodt" (Topic 1), '[a]ll documents referring, relating to or reflecting Acthar treatment for unapproved uses and doses, such as 5-day dosing for multiple sclerosis" (Topic 4), "[a]ll documents referring, relating to or reflecting Acthar off label treatments" (Topic 5), "[a]ll documents related to meetings and communications between [the physicians] and any other doctor(s) regarding Acthar" (Topic 8), and "[a]ll documents referring, relating to or received during continuing medical education (CME) seminars or meetings during which Acthar treatment was discussed" (Topic 9).  But these three physicians are not named or mentioned in IIUOE Local 542's Amended Complaint.  Furthermore, the Amended Complaint does not raise issues related to off-label treatments or unapproved uses for Acthar by these or any other physicians.  Also, the claims in the Amended Complaint do not concern physician-attended meetings, educational seminars,

# Arnold&Porter

Case# 2018-14059-168 Docketed at Montgomery County Prothonotary on 10/03/2019 3:12 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the
Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

William H. Platt II, Esq.
October 2, 2019
Page 2

or any relationship between Mallinckrodt and these three physicians.  These are just a
few examples why the subpoena topics are overly broad and seek information that is not
reasonably calculated to lead to the discovery of admissible evidence for IUOE Local
542's case.

Furthermore, the Subpoena topics are not appropriately limited in time or scope.
The overbreadth of the topics, coupled with the lack or relevance of information sought,
is likely to cause an undue burden on the physicians.  This undue burden potentially
impacts Mallinckrodt's business because it would have the effect of deterring these
physicians, and possibly others, from exercising their medical judgement to prescribe
Acthar.

In addition, we are aware of allegations concerning these three physicians in the
compliant your firm filed on July 12, 2019—one day after your served the notice of intent
to serve the Subpoenas—on behalf of Steamfitters Local Union No. 420 in the United
States District Court for the Eastern District of Pennsylvania (2:19-cv-03047)
("*Steamfitters*").  It would be improper and an abuse of the discovery process, of course,
to seek discovery in this case—in which there are no such allegations—in support of
claims in some other case.

I suggested on our September 30 call that you consider whether the subpoena
topics could be narrowed, but you declined to do so at that time.  You also did not explain
how the information sought by the Subpoenas from these physicians would be relevant to
the allegations in this case.  If you provide a good reason for seeking such discovery here,
we are willing to discuss  potential revisions to the requests.

Sincerely,

*/s/ Ryan Watts*

Ryan Z. Watts

cc:    Wendy J. Bracaglia, Esq.
       Daniel J. Sherry, Esq.

US 166863849v2